**MICHAEL B. KAPLAN, STANDING CHAPTER 13 TRUSTEE**
**CN 4853**
**Trenton, New Jersey  08650**
**(609) 587-6888**
**By:  Michael B. Kaplan (MK-4837)**

---

|  |  |  |
|---|---|---|
|  | : | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY TRENTON  VICINAGE** |
| **CARLETON M BADGER** | : |  |
|  |  | **CHAPTER 13 CASE NO. 05-28915 / RTL** |
|  | : |  |
|  |  | **Hearing Date: 04/18/06  at 09:00 AM** |
|  | : | **Honorable RAYMOND T LYONS JR** |
| **Debtor(s)** |  |  |

---

### NOTICE OF MOTION TO DISMISS, FOR ENTRY OF A WAGE ORDER

MICHAEL B. KAPLAN, TRUSTEE has filed papers with the court requesting the dismissal of your case or, in the alternative, for an entry of a wage order for Trustee payments.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to  consult one).**

If you do not want the court to grant the order dismissing your case or the order for wage deductions by MICHAEL B. KAPLAN, TRUSTEE or if you want the court to consider your views on the motion, then seven (7) days before the scheduled hearing date of 04/18/06  you or your attorney must:

File a **WRITTEN RESPONSE** in opposition to this motion explaining your position and send it to:

    Clerk of the United States Bankruptcy Court
     402 EAST STATE STREET
     TRENTON , NJ   08608
and
    Michael B. Kaplan, Standing Chapter 13 Trustee
    CN 4853
    Trenton, NJ  08650

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the hearing date stated above.

Movant waives Oral Argument. If the Court requires Oral Argument, a hearing will be held on the date set forth above before Judge RAYMOND T LYONS JR at the United States Bankruptcy Court, 402 EAST STATE STREET , TRENTON , NEW JERSEY.

/ S /

Michael B. Kaplan
Standing Chapter 13 Trustee

## CERTIFICATION OF MAILING

On 03/23/06 , I, Debra Costanzo, in the office of Michael B. Kaplan, Standing Chapter 13 Trustee, mailed the above Notice of Motion to Dismiss, Certification in Support of Motion and Proposed Form of Order to the following parties:

Parties:

CARLETON M BADGER
403 SANHICAN DR

TRENTON    NJ    08618

PRO SE

/ S /

Debra Costanzo